AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED ENTERED
LODGED RECEIVED

AUG 13 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

1486 Wellspring Drive
Aberdeen, MD 21001

Case No. 14-1635 BPG

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ________ District of Maryland *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before August ~~4~~ 5, 2014 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Duty Magistrate Judge.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ________.

Date and time issued: 7-22-14 11:45am [signature]
*Judge's signature*

City and state: Baltimore, Maryland — Beth P. Gesner, U.S. Magistrate Judge
*Printed name and title*

EVIDENCE INVENTORY

1486 Wellspring Dr., Aberdeen, MD., 21001

SLJ 1 Receipt name of Kayon Britton

SLJ 2 Document name of Kayon Britton

SLJ 3 Camera with Memory Card

SLJ 4 Document name of Kayon Britton

SLJ 5 Samsung Tablet

SLJ 6 Document name of Marvin Desormeaux

SLJ 7 Western Union money order

SLJ 8 Western Union money order

SLJ 9 Western Union money order

SLJ 10 Document name of Marvin Desormeaux

SLJ 11 Document name of Marvin Desormeaux

SLJ 12 Document name of Marvin Desormeaux

SLJ 13 Moneygram receipt

SLJ 14 Beretta 92f 9mm Hand gun loaded w/ 8 round of ammunition

SLJ 15 Iphone 5

SLJ 16 Pantech Cell phone

SLJ 17 Blackberry Cell phone

SLJ 18 Document name of Marvin Desormeaux

SLJ 19 Samsung Television

SLJ 20 Cell phone receipt (720-949-4556)

SLJ 21 Document name of Marvin Desormeaux

SLJ 22 Aqua master watch

SLJ 23 Gucci Watch

SLJ 24 King Master watch

SLJ 25 Gucci Watch

SLJ 26 KM Watch

SLJ 27 Freeze Watch

SLJ 28 Document name of Marvin Desormeaux

SLJ 29 Western Union receipt name of Marvin Desormeaux

SLJ 30 Package material with Marijuana residue

SLJ 31 small bag of Marijuana seeds

SLJ 32 packing material with Marijuana residue

SLJ 33 Digital Scale

SLJ 34 Samsung phone

SLJ 35 Vizio Television

## ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

The evidence of violations of Title 18 U.S.C. §§ 841 and 846 including:

1. Records, receipts, notes, ledgers, and other papers relating to the transportation, ordering, purchasing and distribution of controlled dangerous substances, including but not limited to cocaine, cocaine base (crack cocaine), heroin, marihuana, methamphetamine, ecstasy, LSD, PCP, and prescription drugs.

2. Books, records, receipts, band statements and records, money order and cashiers checks, passbooks, band checks, safe deposit keys, and other items evidencing the obtaining, secreting, transfer and / or concealment of assets and the obtaining, secreting, transfer, concealment and / or expenditure of money.

3. Address and / or telephone books, rolodex indices, pagers and / or pager numbers, and papers reflecting names, address and / or telephone numbers of co-conspirators, sources of supply and customers.

4. United States currency and jewelry and other items of value gained through the sales of controlled dangerous substances.

5. Photographs (including video tapes, film, exposed and unexposed, and slides of co-conspirators, assets and / or controlled dangerous substances).

6. Indicia of occupancy, residency, rental and / or ownership of the premises described herein, including but not limited to utility and telephone bills, canceled envelopes, rental purchase or lease agreements and keys.

7. Firearms and ammunition, including but not limited to handguns, pistols, revolvers, shotguns, machine guns, other weapons, and other records or receipts pertaining to firearms and ammunition which are:

   a. Illegally possessed or prohibited
   b. Related and with a direct nexus to a drug trafficking crime

8. Controlled dangerous substances, including but not limited to cocaine, cocaine base (crack cocaine), heroin, and marihuana.

9. Computers, PDA's, and related hardware and software capable of storing data related to but not limited to the sales and distribution of controlled and dangerous substances.

10. Cellular phones and other electronic communication devices reflecting text messages, addresses, telephone numbers and pictures of co-conspirators, sources of supply and customers.

11. Open and search any safes, boxes, compartments, of things in nature thereof, found in, upon, or around said premises and seize all contents which pertain to the said illegal operation.

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| M13-4057 | 7-23-14 0600 | [illegible] |

Inventory made in the presence of : [illegible]

Inventory of the property taken and name of any person(s) seized:

See Attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7-25-14

[signature]
*Executing officer's signature*

TFO Matthew Wires
*Printed name and title*